■ ELIZABETH PHILIPS, as Administratrix of the Estate of OLIVER PHILIPS, Deceased, Respondent, v. CITY OF YONKERS, Appellant, et al., Defendant.— In an action to recover damages for wrongful death, the City of Yonkers appeals

from an order denying its motion for leave to serve a second amended answer. The motion was made more than three years after service of the first amended answer. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ., concur.